UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL SHINE,<br><br>    Plaintiff,<br>v.<br><br>MID-CENTURY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 2:15-cv-01141-GMN-PAL<br><br>ORDER |

The court conducted a status conference on March 25, 2016. During the status conference, the undersigned extended discovery by 60 days to accommodate the taking of depositions of several expert witnesses. Accordingly,

**IT IS ORDERED** that:

1. The following discovery plan and scheduling order deadlines shall apply:

    a.   Last date to complete discovery: **May 10, 2016.**

    b.   Last date to file dispositive motions: **June 9, 2016.**

    h.   Last date to file joint pretrial order: **July 11, 2016.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be

1

received no later than **April 18, 2016,** and shall fully comply with the requirements of LR 26-4.

DATED this 7th day of April, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2